SARAH E. SULLIVAN, Respondent, *v.* JOSEPH F. BONESTEEL,
Appellant.

The maker of a promissory note, in an action thereon by a transferee,
cannot assail plaintiff's title on the ground that the transfer was made
in fraud of the creditors of the payee; the transfer can only be assailed
on there account by the creditors or some one representing them.

(Argued December 6, 1879; decided January 13, 1880.)

THIS was an action upon a promissory note given by
defendant to one Sullivan, for full value. Sullivan trans-
ferred the note, with others, to one Evans, to pay a debt of
one-third their amount. Sullivan was afterwards, on his

own petition, adjudged a bankrupt; after he filed his petition, Evans re-transferred the notes to him, and he, before the maturity of the note in suit, transferred it for value to plaintiff. *Held*, that these facts constituted no defense, the court stating the rule as above.

*Edward Harris* for appellant.

*John C. Cochrane* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.